[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13226
Non-Argument Calendar
_____

D.C. Docket No. 9:14-cr-80227-KLR-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAM HENRICY,
a.k.a. Tukan,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 29, 2016)

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Frederick Charles Hutchinson, III, appointed counsel for Sam Henricy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct.

1396, 18 L. Ed. 2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henricy's conviction and sentence are **AFFIRMED**.